1  **BRIDGET KENNEDY**
   California State Bar No. 253416
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   bridget_kennedy@fd.org
5
6  Attorneys for Mr. Santiago-Hernandez
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,        )   Case No. 08mj0559
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )   PROOF OF SERVICE
                                    )
14 **HECTOR SANTIAGO-HERNANDEZ,**   )
                                    )
15         Defendant.                )
                                    )
16
17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19 upon:
20         **United States Attorney**
           efile.dkt.gc1@usdoj.gov
21
22 Dated: February 26, 2008                      *s/ Bridget L. Kennedy*
                                                 **BRIDGET L. KENNEDY**
23                                               Federal Defenders
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467  (tel)
25                                               (619) 687-2666  (fax)
                                                 e-mail:bridget_kennedy@fd.org
26
27
28