AO 455(Rev. 5/85) Waiver of Indictment

```
                                                    FILED
                                                    MAR 2 0 2008
                                                    CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA
                                                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | 08CR0819-BTM |
| HECTOR SANTIAGO-HERNANDEZ | CASE NUMBER: 08MJ0559 |

I, HECTOR SANTIAGO-HERNANDEZ, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/20/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

*Bridget Kennedy*
Counsel for Defendant

Before _____
       JUDICIAL OFFICER